**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** _____ |
| **Plaintiff,** | **JUDGE** 3:26 cr 014 |
| **vs.** | |
| **EDWARD DUANE CRAWFORD,** | **INDICTMENT**<br>**18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 924(a)(8)**<br>**26 U.S.C. § 5861(d)** |
| **Defendant.** | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

MICHAEL J. NEWMAN

## COUNT 1
### [Felon in Possession of Ammunition]

On or about June 8, 2025, in the Southern District of Ohio, the defendant, **EDWARD DUANE CRAWFORD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, and the ammunition was in and affecting commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### [Possession of Unregistered Firearm]

On or about June 8, 2025, in the Southern District of Ohio, the defendant, **EDWARD DUANE CRAWFORD**, knowingly received and possessed a firearm, namely, a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

**In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.**

## COUNT 3
### [Felon in Possession of a Firearm]

On or about August 4, 2025, in the Southern District of Ohio, the defendant, **EDWARD DUANE CRAWFORD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **EDWARD DUANE CRAWFORD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but not limited to:

Seized during traffic stop, 427 Scott Street, Springfield, Ohio, on June 8, 2025

- Four pistol magazines with .45 caliber ammunition;

Seized from Ford F150, license plate T778240, on August 4, 2025

- American Tactical, model M1911 GI, .45 ACP pistol, serial number GI113894, with magazine and six rounds of .45 mm ammunition; and

- Two .45 ACP magazines with a total of 14 rounds of .45mm ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A TRUE BILL

_____s/_____

FOREPERSON

**DOMINICK S. GERACE II**
**United States Attorney**

**RYAN A. SAUNDERS**
**Assistant United States Attorney**

3